1 | THOMAS P. O'BRIEN
United States Attorney
2 | CHRISTINE C. EWELL
Assistant United States Attorney
3 | Chief, Criminal Division
STEVEN R. WELK
4 | Assistant United States Attorney
Chief, Asset Forfeiture Section
5 | FRANK D. KORTUM
Assistant United States Attorney
6 | Asset Forfeiture Section
California Bar No. 110984
7 |      1400 United States Courthouse
       312 North Spring Street
8 |      Los Angeles, California 90012
       Telephone: (213)894-5710
9 |      Facsimile: (213)894-7177
       E-Mail:   frank.kortum@usdoj.gov
10 |
Attorneys for Plaintiff
11 | United States of America

12 |                  UNITED STATES DISTRICT COURT

13 |            FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 |                       SOUTHERN DIVISION

15 | UNITED STATES OF AMERICA,        )  SA CV 07-1114 DOC (Ex)
                                     )
16 |            Plaintiff,           )
                                     )
17 |            v.                   )  **CONSENT JUDGMENT AS TO THE**
                                     )  **FOLLOWING DEFENDANT ASSETS**
18 | $290,347.66 in UNITED STATES    )  **ONLY: $76,198.94 OF THE**
CURRENCY, ONE 2007 LEXUS            )  **DEFENDANT $290,347.66 IN UNITED**
19 | RX-350, and ONE BMW 530i        )  **STATES CURRENCY AND ONE 2007**
                                     )  **Lexus RX-350**
20 |            Defendants.          )
                                     )  [This Proposed Consent Judgment
21 | _____     )  Is Not Dispositive Of This
JIAN SHI, JOHN E. COUCH, YUMEI )  Entire Action]
22 | CHENG-COUCH, JC C.A.R.E.S.,      )
INC., CHRIS M. WOODS, and           )
23 | CITIZENS AUTOMOBILE FINANCE,     )
INC.,                               )
24 |                                  )
             Claimants.             )
25 | _____     )

26 |

27 | A.   On or about September 24, 2007, plaintiff United States of

28 | America ("the government" or "the United States of America")

1  filed a Complaint for Forfeiture alleging that the defendants

2  $497,564.87 in United States Currency ("defendant currency"), one

3  2007 Lexus RX-350, and one BMW 530i are subject to forfeiture

4  pursuant to 18 U.S.C. § 2428(b)(2).  On or about November 9,

5  2007, the United States of America filed a First Amended

6  Complaint for Forfeiture amending the defendant currency to

7  $290,346.66.  On or about December 19, 2007, the United States of

8  America filed a Notice of Errata in Amended Complaint stating

9  that the correct amount of the defendant currency is $290,347.66.

10  B.   On or about October 29, 2007, claimant John E. Couch filed a

11  claim to $283,416.15 of the defendant currency and the 2007 Lexus

12  RX-350.  Claimant John E. Couch did not file an amended claim in

13  response to the First Amended Complaint for Forfeiture nor an

14  answer because the case was stayed and the parties agreed that

15  neither document needed to be filed.

16  C.   On or about October 29, 2007, claimant Yumei Cheng-Couch

17  filed a claim to $76,198.94 of the defendant currency and the

18  2007 Lexus RX-350.  Claimant Yumei Cheng-Couch did not file an

19  amended claim in response to the First Amended Complaint for

20  Forfeiture nor an answer because the case was stayed and the

21  parties agreed that neither document needed to be filed.

22  D.   On or about October 29, 2007, claimant JC C.A.R.E.S. filed a

23  claim to $52,099.23 of the defendant currency.  Claimant JC

24  C.A.R.E.S. did not file an amended claim in response to the First

25  Amended Complaint for Forfeiture nor an answer because the case

26  was stayed and the parties agreed that neither document needed to

27  be filed.

28  / / /

2

1  E.   On or about October 29, 2007, claimant Chris M. Woods filed

2  a claim to $155,117.98 of defendant currency.  Claimant Chris M.

3  Woods did not file an amended claim in response to the First

4  Amended Complaint for Forfeiture nor an answer because the case

5  was stayed and the parties agreed that neither document needed to

6  be filed.

7  F.   On or about October 30 and December 18, 2007, claimant

8  Citizens Automobile Finance, Inc. filed a claim and first amended

9  claim, respectively, to the 2007 Lexus RX-350.  On or about

10 November 13 and December 18, 2007, claimant Citizens Automobile

11 Finance, Inc. filed an answer and first amended answer,

12 respectively.  On April 2, 2008 the United States of America

13 stipulated to recognize the lien of Citizen Automobile Finance

14 Inc.

15 G.   On or about January 31, 2008, claimant Jian Shi filed a

16 claim to 100% of the defendants.  On or about January 14, 2008,

17 claimant Jian Shi filed an answer.  On December 9, 2008, the

18 government lodged a proposed consent judgment as to Jian Shi's

19 claims.  No other parties have appeared in this case.

20 H.   On December 10, 2008 the government requested entry of

21 default as to the defendant assets seized from Guo Huan Chen and

22 Hong Jun Bai.

23 I.   The government and claimants John E. Couch, Yumei Cheng-

24 Couch, JC C.A.R.E.S. and Chris M. Woods, have now agreed to

25 settle this matter as to defendants described in paragraphs B-E

26 and to avoid further litigation between them by entering into

27 this Consent Judgment.

28 / / /

1  J.   The Court having been duly advised of and having considered

2  the matter, and based upon the mutual consent of the parties

3  hereto,

4       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

5       1.   This Court has jurisdiction over the subject matter of

6  this action and over the parties to this Consent Judgment of

7  Forfeiture.

8       2.   As between plaintiff United States of America and

9  claimants John E. Couch, Yumei Cheng-Couch, JC C.A.R.E.S. and

10 Chris M. Woods, the First Amended Complaint for Forfeiture states

11 a claim for relief pursuant to 18 U.S.C. § 2428(b)(2).

12      3.   Notice of this action has been given as required by

13 law.  No appearances have been made in this case by any person

14 with respect to the defendants described in Paragraphs B-E other

15 than claimants John E. Couch, Yumei Cheng-Couch, JC C.A.R.E.S.

16 and Chris M. Woods.  The Court deems that all other potential

17 claimants admit the allegations of the First Amended Complaint

18 for Forfeiture to be true as to the defendants described in

19 Paragraphs B-E.

20      4.   The United States of America shall have judgment as to

21 $36,198.94 in United States currency of the defendants described

22 in Paragraphs B-E, plus all interest earned by the government on

23 that amount, and no other person or entity shall have any right,

24 title or interest therein.  The United States Marshals Service is

25 ordered to dispose of said assets in accordance with law.

26      5.   One 2007 Lexus RX-350 shall be returned to claimant

27 John E. Couch (on behalf of Yumei Cheng-Couch and JC C.A.R.E.S.)

28 subject to the lien of Citizens Auto Finance, provided that this

4

1  Consent Judgment shall not be construed to extend any rights to

2  Citizens Auto Finance beyond its lien.  The United States shall

3  undertake its best efforts to return this asset to John E. Couch

4  within 45 days.

5       6.   $40,000.00, of the defendants described in Paragraphs

6  B-E, plus all interest earned by the government on that amount,

7  shall be returned to claimants John E. Couch, Yumei Cheng-Couch,

8  JC C.A.R.E.S and Chris M. Woods.  Said funds shall be forwarded

9  by check made payable to "Janet Sherman, Esq., Attorney-Client

10  Trust Account," and shall be mailed to Janet Sherman, Esq.,

11  Sherman & Sherman, A Professional Law Corporation, 2115 Main

12  Street, Santa Monica, California 90405.  The United States shall

13  undertake its best efforts to return these funds within 45 days.

14       7.   Except as to such rights and obligations granted by

15  this Consent Judgment, claimants John E. Couch, Yumei Cheng-

16  Couch, JC C.A.R.E.S. and Chris M. Woods hereby release the United

17  States of America, its agencies, agents, officers, employees and

18  representatives, including, without limitation, all agents,

19  officers, employees and representatives of the Federal Bureau of

20  Investigations, and its respective agencies, as well as all

21  agents, officers, employees and representatives of any state or

22  local governmental or law enforcement agency involved in the

23  investigation or prosecution of this matter, from any and all

24  claims, actions, or liabilities arising out of or related to this

25  action, including, without limitation, any claim for attorney

26  fees, costs, and interest, which may be asserted by or on behalf

27  of claimants John E. Couch, Yumei Cheng-Couch, JC C.A.R.E.S. and

28

1 | Chris M. Woods, whether pursuant to 28 U.S.C. § 2465 or

2 | otherwise.

3 |     8.    The Court finds that there was reasonable cause for the

4 | seizure of the defendants described in Paragraphs B-E and

5 | institution of these proceedings against the said defendants.

6 | This judgment shall be construed as a certificate of reasonable

7 | cause pursuant to 28 U.S.C. § 2465 as to the said defendants.

8 |     9.    The Court further finds that claimants John E. Couch,

9 | Yumei Cheng-Couch, JC C.A.R.E.S. and Chris M. Woods did not

10 | substantially prevail in this action, and each of the parties

11 | hereto shall bear its own attorney fees and costs.

12 |     10.   The Court retains jurisdiction to enforce the terms of

13 | this Consent Judgment.

15 | DATED:December 20, 2008

16 | _____

THE HONORABLE DAVID O. CARTER
17 | UNITED STATES DISTRICT JUDGE

CONSENT

6

1        The parties hereto consent to the above judgment and waive

2   any right to appeal this judgment.

3
    DATED: December __, 2008            THOMAS P. O'BRIEN
4                                       United States Attorney
                                        CHRISTINE C. EWELL
5                                       Assistant United States Attorney
                                        Chief, Criminal Division
6                                       STEVEN R. WELK
                                        Assistant United States Attorney
7                                       Chief, Asset Forfeiture Section

8
                                        _____
9                                       FRANK D. KORTUM
                                        Assistant United States Attorney
10
                                        Attorneys for Plaintiff
11                                      UNITED STATES OF AMERICA

12  DATED: December __, 2008

13                                      _____
                                        JANET SHERMAN
14
                                        Attorney for Claimants
15                                      John E. Couch, Yumei Cheng-Couch,
                                        JC C.A.R.E.S and Chris M. Woods.
16
    DATED: December __, 2008
17
18                                      _____
                                        JOHN E. COUCH
19
    DATED: December __, 2008
20
21                                      _____
                                        YUMEI CHENG-COUCH
22
    DATED: December __, 2008
23
24                                      _____
                                        JC C.A.R.E.S.
25
    DATED: December __, 2008
26
27                                      _____
                                        CHRIS M. WOODS
28

7